UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  CASE NO. 13 B 34879
CHAPTER 13

Darrell Stanfield

JUDGE JACK B SCHMETTERER

DEBTOR  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** WELLS FARGO

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 7 | 19 | XXXXXX7126 | $5,789.91 | $5,789.91 | $5,789.91 |
| Total Amount Paid by Trustee | | | | | $5,789.91 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit      **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 13-34879-JBS

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 19th day of June, 2018.

Debtor:  
Darrell Stanfield  
1348 BALMOR AVE  
CALUMET CITY, IL  60409  

Attorney:  
THE SEMRAD LAW FIRM LLC  
20 S CLARK ST 28TH FLR  
CHICAGO, IL  60603  
via Clerk's ECF noticing procedures  

Creditor:  
WELLS FARGO  
ONE HOME CAMPUS MAC X2302 04C  
DES MOINES, IA  50328  

Mortgage Creditor:  
WELLS FARGO BANK  
% PIERCE & ASSOCIATES  
1 N DEARBORN #1300  
CHICAGO, IL  60602  

Creditor:  
Wfhm  
4101 Wiseman Blvd # Mc-T  
San Antonio, TX  78251  

ELECTRONIC SERVICE - United States Trustee

Date:  June 19, 2018

/s/ TOM VAUGHN  
TOM VAUGHN  
CHAPTER 13 TRUSTEE  
55 E. MONROE STREET, SUITE 3850  
CHICAGO, IL  60603